# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

February 14, 2006

*Before*

**Hon.**  DIANE P. WOOD, *Circuit Judge*

| | |
|---|---|
| NATIVE AMERICAN ARTS, INCORPORATED, an Illinois Corporation, as the assignee of Bloom Brothers, a Division of Stravina Operating Company, L.L.C.,<br>　　　Plaintiff-Appellant,<br><br>No. 04-3861　　　　　　　v.<br><br>HARTFORD CASUALTY INSURANCE COMPANY, an Indiana Corporation, and HARTFORD INSURANCE COMPANY OF THE MIDWEST, an Indiana Corporation,<br>　　　Defendants-Appellees. | ] Appeal from the United<br>] States District Court for<br>] the Northern District of<br>] Illinois, Eastern Division.<br>]<br>] No. 03 C 7233<br>]<br>] Charles P. Kocoras,<br>]　　　Chief Judge.<br>]<br>]<br>]<br>]<br>]<br>]<br>] |

Upon consideration of the **PLAINTIFF-APPELLANT'S MOTION TO CORRECT COURT'S JANUARY 25, 2006 OPINION**, filed on February 9, 2006, by counsel for the appellant,

**IT IS ORDERED** that the motion is **GRANTED**.  The opinion issued on January 25, 2006, is **AMENDED** as follows: The second sentence of the second paragraph on page 3 shall be replace by the following sentence: "Stravina paid NAA $300,000 and agreed on a "settlement value" for NAA of $6 million, which NAA could seek through an assignment of Stravina's rights under its old insurance policies."